

## 11TH COURT OF APPEALS
### EASTLAND, TEXAS
### JUDGMENT

Taylor Marcus Lee Burleson,

Vs. No. 11-25-00325-CV

Ariel Joy Burleson,

\* From the 1st Multicounty Court at Law
of Mitchell County,
Trial Court No. CCL-18,567.

\* December 4, 2025

\* Memorandum Opinion by Bailey, C.J.
(Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that the appeal should be dismissed for want of jurisdiction. Therefore, in accordance with this court's opinion, the appeal is dismissed.